**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
E.L. and D.P., on behalf of
J.P.,

                Plaintiffs,                18 **CIVIL** 3062 (NSR)

     -against-                           **JUDGMENT**

BEDFORD CENTRAL SCHOOL DISTRICT,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 25, 2022, Plaintiffs' motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          August 26, 2022

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**
                       **BY:**
                                                        _____
                                                          **Deputy Clerk**